# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                           CASE NO.   3:90cr3057-08/RV

LINNETH ROSE BROWN

## REFERRAL AND ORDER

Referred to Senior Judge Vinson on     September 11, 2008
Type of Motion/Pleading: <u>NOTICE OF APPEAL</u>
Filed by: <u>DEFENDANT</u>      on <u>7/19/08</u>    <u>Doc 354</u>

( )  Stipulated/Consented/Joint Pleading
RESPONSES:
<u>11TH Circuit Limited Remand</u>   on <u>9/10/08</u>   Doc.# <u>385</u>
                         on            Doc.#
                         WILLIAM M. McCOOL, CLERK OF COURT

                         <u>/s/ V. Harmon</u>
                         Deputy Clerk

## ORDER

      Treating the Notice of Appeal as a motion for extension of time
as directed by the Eleventh Circuit Court of Appeals, the motion is
GRANTED and the time extended by 30 days.
      DONE AND ORDERED this 11th day of September, 2008.


                    <u>/s/ *Roger Vinson*</u>
                    ROGER VINSON
                    SENIOR UNITED STATES DISTRICT JUDGE


Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____